MHW

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

08CV1734
JUDGE HOLDERMAN
MAG. JUDGE VALDEZ

In the Matter of
Henrietta Brown and Lynetta Brown
v.
Ian Tepper, Wall Street Mortgage Acceptance Corp., BNC Mortgage, Inc., Chase Home Financial LLC, and Absolute Title Services, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Henrietta Brown and Lynetta Brown

FILED
3-25-2008
MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Jack Block |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jack Block |
| FIRM | Legal Assistance Foundation of Metropolitan Chicago |
| STREET ADDRESS | 111 W. Jackson Blvd., Suite 300 |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 0229806 |
| TELEPHONE NUMBER | 312/ 347-8307 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐